DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

COREY BOSTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1214

_____

August 28, 2024

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Pinellas County; Philip Federico, Judge.

PER CURIAM.

Affirmed.

SLEET, C.J., and LUCAS and LABRIT JJ., Concur.

_____

Opinion subject to revision prior to official publication.